VERNON BORGMAN *v.* MATILDA LASSAHN ET AL
[No. 37, October Term, 1938.]

*Decided November 10th, 1938.*

The cause was argued before BOND, C. J., URNER, OF-FUTT, PARKE, MITCHELL, SHEHAN, and JOHNSON, JJ.

*David Ash,* with whom were *Charles Jackson* and *Mark Jackson* on the brief, for the appellant.

*John J. Timanus, Daniel S. Sullivan,* and *Daniel S. Sullivan, Jr.,* submitting on brief, for the appellees.

URNER, J., delivered the opinion of the Court.